IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HOME DESIGN SERVICES, INC.**

   **Plaintiff,**

  v.         Case No. 3:08cv259/RV/EMT

**SWEET HOMEBUILDERS AND
REMODELING, INC., and
MAURICE SWEET**

   **Defendants.**

_____/

## DEFAULT JUDGMENT

  A Clerk's default has been entered herein against defendants Sweet Homebuilders and Remodeling, Inc. and Maurice Sweet for their failure to timely file any answer or other responsive pleading to the complaint. The plaintiff has moved for default judgment (doc. 22), and upon consideration the motion must be, and is GRANTED.

  Judgment is hereby ENTERED in favor of the plaintiff and against defendant Sweet Homebuilders and Remodeling, Inc. In the amount of actual damages of $565.00, plus infringement profit damages of $14,900.00, plus prejudgment interest of $1,855.80, for a total of $17,320.80; and against defendant Maurice Sweet in the amount of actual damages of $565.00, jointly and severally with defendant Sweet Homebuilders and Remodeling, Inc.; together with interest thereon at the federal rate of 1.24% per annum from the date of this judgment, for which let execution issue.

  DONE AND ORDERED this 13th day of November, 2008.

            /s/ *Roger Vinson*
            **ROGER VINSON**
            **Senior United States District Judge**