IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**HOME DESIGN SERVICES, INC.**

      **Plaintiff,**

      v.                         Case No. 3:08cv259/RV/EMT

**SWEET HOMEBUILDERS AND
REMODELING, INC., and
MAURICE SWEET**

      **Defendants.**

_____/

## AMENDED DEFAULT JUDGMENT

      A Clerk's default has been entered against defendants Sweet Homebuilders and Remodeling, Inc. and Maurice Sweet for their failure to timely file any answer or other responsive pleading to the complaint.  The plaintiff has moved for default judgment (doc. 22), and upon consideration the motion must be, and is GRANTED.

      Judgment is hereby ENTERED in favor of the plaintiff and against defendants Sweet Homebuilders and Remodeling, Inc., and Maurice Sweet, jointly and severally, in the amount of actual damages of $565.00, plus infringement profit damages of $184,838.00, plus prejudgment interest of $1,855.80, for a total of $187,258.80; together with interest thereon at the federal rate of 0.51% per annum from the date of this judgment, for which let execution issue.

      DONE AND ORDERED this 2nd day of February, 2009.

                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **Senior United States District Judge**